DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN MORA-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR. S-11-463 LKK |
| Plaintiff, | ) |
| v. | ) ORDER AFTER HEARING |
| JUAN MORA-LOPEZ, | ) |
| Defendant. | ) |
| _____ | ) |

    This matter came on calendar for a status conference hearing on March 27, 2012, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge.  Assistant United States Attorney Michele Beckwith appeared on behalf of the United States of America.  Assistant Federal Defender Caro Marks appeared on behalf of Defendant Juan Mora-Lopez, who was present before the court.

    Defense counsel explained that the defendant has a legitimate claim to derivative citizenship. Defense counsel has retained a private attorney "immigration expert" to assist in this determination. Such claims typically take months to resolve, and involve detailed, fact-

1  specific investigation and research. Defense counsel therefore
2  requested that this matter be set for a further status conference on
3  May 1, 2012, at 9:15 am.
4      The parties agreed on the need for additional time to allow time
5  for the defense to pursue the defendant's claim.
6      **IT IS HEREBY ORDERED** that this matter be set for further status
7  conference on May 1, 2012 at 9:15 am..
8      **IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161 (h)(7)(A)
9  and (B)(iv), and Local Code T4, the period from March 27, 2012, up to
10 and including May 1, 2012, is excluded from the time computations
11 required by the Speedy Trial Act due to counsel preparation.
12     **THE COURT SPECIFICALLY FINDS** that the ends of justice served by
13 granting a continuance outweigh the interests of the public and the
14 defendants in a speedy trial.

16 Dated: April 5, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-2-