DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JUAN MORA-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr.S-11-463 LKK |
| Plaintiff, | |
| v. | ORDER AFTER HEARING |
| JUAN MORA-LOPEZ, | |
| Defendant. | |

  This matter came on calendar for a status conference hearing on May 1, 2012, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Michele Beckwith appeared on behalf of the United States of America. Assistant Federal Defender Caro Marks appeared on behalf of Defendant Juan Mora-Lopez, who was present before the court.

  Defense counsel explained that the defense continues to investigate the defendant's claim to derivative citizenship under Title 8, United States Code §1401. The defense counsel has retained a private attorney "immigration expert" to assist in this determination. Defense

1  counsel explained that she is presently amassing the necessary witness
2  declarations to support the defendants's claim. The pertinent witnesses
3  are located both in and outside the united States, necessitating this
4  continuance. The government agreed on the need for additional time.
5  Defense counsel therefore requested that this matter be set for a
6  further status conference on May 30, 2012, at 9:15 am.

7  **IT IS HEREBY ORDERED** that this matter be set for further status
8  conference on May 30, 2012 at 9:15 am..

9  **IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161 (h)(7)(A)
10 and (B)(iv), and Local Code T4, the period from May 1, 2012, up to and
11 including May 30, 2012, is excluded from the time computations required
12 by the Speedy Trial Act due to counsel preparation.

13 **THE COURT SPECIFICALLY FINDS** that the ends of justice served by
14 granting a continuance outweigh the interests of the public and the
15 defendants in a speedy trial.

17 Dated: 5/3/2012

            _____
            LAWRENCE K. KARLTON
            SENIOR JUDGE
            UNITED STATES DISTRICT COURT

-2-