BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11-cr-00463-LKK |
| Plaintiff,  ) | |
| v.  ) | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| JUAN CARLOS MORA-LOPEZ,  ) aka Juan Carlos Mora  ) | |
| Defendant.  ) | |

   Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

   1.  By previous order, this matter was set for status on July 17, 2012.

   2.  By this stipulation, defendant now moves to continue the status conference until August 28, 2012, and to exclude time between July 17, 2012 and August 28, 2012, under Local Code T4. Plaintiff does not oppose this request.

   3.  The parties agree and stipulate, and request that the Court find the following:

   a.  The government has represented that the discovery
       associated with this case includes approximately 65
       pages of documents from defendant's immigration A file.
       All of this discovery has been produced directly to
       counsel and/or made available for inspection and
       copying.
   b.  In particular, defense counsel is continuing to
       research defendant's claim to derivative citizenship,
       which affects defendant's defenses to the indictment
       and requires a substantial amount of time-consuming
       factual investigation. Specifically, the defense is
       presently completing its under-oath declarations for
       review and signing by those witnesses with personal
       knowledge in support of defendant's claim to derivative
       citizenship. Additional time is necessary to provide
       these witnesses with declarations, in some instances to
       translate the declarations into Spanish, and then to
       review them with the witnessers for editing and
       signature.
   c.  The defendant himself was moved by the U.S. Marshal
       Service from Sacramento County Jail to the county jail
       in Oroville, where he remains as of this writing. His
       geographical distance from the defense (a one and a
       half-hour drive without traffic) delays completion of
       his claim to citizenship, as it is now far more
       difficult to consult with the defendant than it was

before he was moved.

4.  Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5.  The government does not object to the continuance.

6.  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

7.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 17, 2012 to August 28, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

8.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

3

IT IS SO STIPULATED.

DATED: July 12, 2012.

/s/ Christopher S. Hales
CHRISTOPHER S. HALES
Special Assistant U.S. Attorney

DATED: July 12, 2012.

/s/ Caro Marks
CARO MARKS
Counsel for Defendant

O R D E R

IT IS SO FOUND AND ORDERED this 17th day of July 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT