1    DANIEL J. BRODERICK, Bar #89424
     Federal Defender
2    COURTNEY FEIN, Bar #244785
     Designated Counsel for Service
3    801 I Street, 3rd Floor
     Sacramento, California  95814
4    Telephone: (916) 498-5700

5    Attorney for Defendant
     JUAN MORA-LOPEZ
6

7
                  IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
     UNITED STATES OF AMERICA,        )    NO. CR.S-11-463-LKK
11                                    )
                   Plaintiff,         )    **STIPULATION   AND   ORDER;**
12                                    )    **CONTINUING STATUS CONFERENCE**
           v.                         )    **AND EXCLUDING TIME**
13                                    )
     JUAN MORA-LOPEZ,                 )    Date:   December 18, 2012
14                                    )    Time:  9:15 a.m.
                   D e f e n d a n t. )    Judge: Hon. Lawrence K. Karlton
15   _____         )

16
17        IT IS HEREBY STIPULATED by and between the parties hereto through their

18   respective counsel, NIRAV DESAI, Assistant United States Attorney, and COURTNEY

19   FEIN, attorney for JUAN MORA-LOPEZ, that the status conference hearing date of

20   November 27, 2012 be vacated, and the matter be set for status conference on December 18,

21   2012, at 9:15 a.m.  The reason for this continuance is to allow time for the parties to have

22   further discussions regarding Mr. Mora Lopez's potential defense and determine the

23   appropriate course of action at the conclusion of those discussions.

          Based upon the foregoing, the parties agree that the time under the Speedy Trial Act
24
     should be excluded from the date of signing of this order through and including December 18,
25
     2012, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local
26
     Code T4 based upon continuity of counsel and defense preparation.
27
28

1   DATED:  November 16, 2012.                    Respectfully submitted,

2                                                 DANIEL J. BRODERICK
                                                  Federal Public Defender
3

4                                                 /s/ Courtney Fein
5                                                 COURTNEY FEIN
                                                  Designated Counsel for Service
6                                                 Attorney for Juan Mora-Lopez

7
    DATED:  November 16, 2012.                    BENJAMIN WAGNER
8                                                 United States Attorney

9
                                                  /s/ Courtney Fein
10                                                NIRAV DESAI
                                                  Assistant U.S. Attorney
11

12

13                                    ORDER

14

15          UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the

16   November 27, 2012, status conference hearing be continued to December 18, 2012 at 9:15 a.m.

17   Based on the representation of defense counsel and good cause appearing there from, the Court

18   hereby finds that the failure to grant a continuance in this case would deny defense counsel

19   reasonable time necessary for effective preparation, taking into account the exercise of due

20   diligence.  The Court finds that the ends of justice to be served by granting a continuance

21   outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that

22   time up to and including the December 18, 2012 status conference shall be excluded from

23   computation of time within which the trial of this matter must be commenced under the Speedy

24   Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow

25   defense counsel reasonable time to prepare.

26   Dated: November 15, 2012

27

28                                    LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT