1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JUAN MORA-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-11-463-LKK |
| ) | |
| Plaintiff, ) | **ORDER AFTER HEARING** |
| ) | |
| v. ) | Date: February 5, 2013 |
| ) | Time: 9:15 a.m. |
| JUAN MORA-LOPEZ, ) | Judge:Hon. Lawrence K. Karlton |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter came before the Court for Status Conference on December 18, 2012, in the courtroom of the Honorable Lawrence K. Karlton, Senior U.S. District Court Judge.  The government was represented by its counsel, Assistant United States Attorney, Nirav Desai.

Defendant Juan Mora-Lopez who was present and in custody, was represented by Assistant Federal Defender Courtney Fein.

Defense counsel requested that the matter be set for further trial confirmation hearing on February 5, 2013, at 9:15 a.m. and jury trial on February 26, 2013 at 10:30 a.m.

/ / /

/ / /

**IT IS HEREBY ORDERED** that this matter be set for a trial confirmation hearing on February 5, 2013, at 9:15 a.m. and a jury trial on February 26, 2013 at 10:30 a.m.

**IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv), and Local Code T4, the period from December 18, 2012, up to and including February 26, 2013, is excluded from the time computations required by the Speedy Trial Act due to counsel preparation. The court finds that the ends of justice served by granting this continuance outweigh the best interest of the defendant and the public in a speedy trial.

DATED: January 11, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT