1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   CASE NO. 2:11-cr-463 LKK
                                        )
12                   Plaintiff,          )   ORDER GRANTING GOVERNMENT'S
                                        )   MOTION TO COMPEL FINGERPRINTS
13   v.                                 )
                                        )
14   JUAN CARLOS MORA-LOPEZ,             )
       aka Juan Carlos Mora,            )
15                                      )
                     Defendant.          )
16   _____ )

17        Having reviewed the government's motion to compel the taking of

18   defendant's fingerprints for identification purposes, and good cause

19   appearing therefrom, the motion is hereby granted.

20

21   Date: January 29, 2013

22

23                                    _____
                                      LAWRENCE K. KARLTON
24                                    SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT

25

26

27

28