```
                                                                    FILED
RECEIVED                                                         February 21, 2013
UNITED STATES ...                                                CLERK, US DISTRICT COURT
                    UNITED STATES DISTRICT COURT FOR THE         EASTERN DISTRICT OF
2013 FEB 21  PM 3:26                                                 CALIFORNIA
                        EASTERN DISTRICT OF CALIFORNIA            DEPUTY CLERK
EASTERN DISTRICT
```

UNITED STATES OF AMERICA, )
　　　　　　　　　　　　　 )　　Case No. 2:11CR00463  LKK
　　　　　Plaintiff,　　　　 )
v.　　　　　　　　　　　　　)　　ORDER FOR RELEASE OF
　　　　　　　　　　　　　 )　　PERSON IN CUSTODY
JUAN CARLOS MORA-LOPEZ, )
aka Juan Carlos Mora　　　 )
　　　　　Defendant.　　　 )

TO:　　UNITED STATES MARSHAL:

This is to authorize and direct you to release __JUAN CARLOS MORA-LOPEZ__ , Case No.

__2:11CR00463__ , Charge __8 USC 1326 (a) and (b)(1) - Deported Alien Found in the United States__

, from custody for the following reasons:

　　　　__　__　Release on Personal Recognizance

　　　　__　__　Bail Posted in the Sum of $__

　　　　　　　__　__　Unsecured Appearance Bond

　　　　　　　__　__　Appearance Bond with 10% Deposit

　　　　　　　__　__　Appearance Bond with Surety

　　　　　　　__　__　Corporate Surety Bail Bond

　　　　__✔__　(Other)　　　__Motion to dismiss the Indictment - GRANTED.__

Issued at __Sacramento, CA__ on __February 21, 2013__ at __1:40 pm__ .

　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　Lawrence K. Karlton
　　　　　　　　　　　　　　　　　　　　United States District Judge

Original - U.S. Marshal